**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Richards                                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-12020 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and index same on the master mailing list.

                Respectfully submitted,

                /s/ *Denise Carlon*
                PA Eastern BK
                19 Jun 2024, 14:24:17, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322